# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONNIE NIXON                                                                          PLAINTIFF

v.                             Case No. 3:18-cv-00181-KGB-PSH

SUSAN COX, *et al.*                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 12). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 12). Accordingly, the Court dismisses without prejudice plaintiff Ronnie Nixon's complaint (Dkt. No. 1).

It is so ordered this 15th day of May, 2019.

                                                           _____
                                                           Kristine G. Baker
                                                           United States District Judge