# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RONNIE NIXON**                                                                          **PLAINTIFF**

**v.**                          **Case No. 3:18-cv-00181-KGB-PSH**

**SUSAN COX,** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Ronnie Nixon's complaint is dismissed without prejudice.

So adjudged this 15th day of May, 2019.

_____
Kristine G. Baker
United States District Judge